WILLIAM R. ROBINSON, Appellant, *v.* H. EDWARD FICKEN, Respondent.

APPEAL from judgment of a District Court.

*Phillips & Avery*, for appellant.

*W. W. Menzel*, for respondent.

*Per Curiam.* It appears that the plaintiff's exhibits Nos. 1, 2, 3 and 4, and defendant's exhibits Nos. 1 and 2, are omitted from the return, which omission precludes any determination as to the matters litigated at this time.

It is, therefore, directed that the appeal be reheard at the Additional General Term of this court, to be held December 20, 1894, the return to be amended in the particulars noted meanwhile. *Krakowski* v. *North. N. Y., etc., Assn.,* 54 N. Y. St. Repr. 119.

Present : BISCHOFF and GIEGERICH, JJ.
Reargument ordered ; papers to be amended.